**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TYRONE DANIELS,

              Petitioner,       Civil Action No. 09-3279 (JBS)

     v.

SHAWN THOMAS, et al.,        **ORDER**

              Respondents.

     For the reasons expressed in the accompanying Opinion,

     It is, on this   **9th**   day of   **July**  , **2009**,

     ORDERED that the Petition for writ of habeas corpus is

DISMISSED WITHOUT PREJUDICE; and it is further

     ORDERED that no certificate of appealability shall issue;

and it is further

     ORDERED that the Clerk of the Court shall close the Court's

file in this matter.

                        **s/ Jerome B. Simandle**
                        Jerome B. Simandle
                        United States District Judge